Case No 3:24-CV-03105
Colleen R lawless

01-16-25

FILED
JAN 17 2025
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I Dorsity Donaby is writing Judge Colleen R lawless to inform you about the treatment I have recieved from Atlas consumer law. I signed for this law Firm to represent me on 03/18/24

The first offer that I was presented with was $5,000 I denied it because it was a low offer.

The second offer was $10,000 travis lampert wrote in email that if I didnt accept this offer he was going to withdraw from my case. coercing me to accept this offer on 06-27-24 he deleted the messages through email. withdrawing from my case He stated.

Nathan volheim the Director called me on 06-28-24 telling me he doesnt know what travis is talking about and that I have every right to deny a low offer so Nathan sent me a email stating he was going to help travis with the case going forward.

FILED

So there was another offer made of $20,000 that was denied by me only because travis lampert came with threats if I didnt accept "He deleted the email" travis wanted to withdraw causing me distress constantly backing out of every offer I was presented with

Nathan volheim contacted me on 10/22/24 telling me he's going to try and seek another 5,000 and if I dont accept I should seek new counsel, this was after the $25,000.

Nathan volheim and travis lampert never contacted me about the approved extra $5,000

I was hit with a motion to withdraw instead on Nov 21, 24 which was confirmed by me Darsity Donaby but was later disregarded because of a grammatical error.

after that Atlas consumer law never kept in contact they never told me that the motion was Denied leaving me out of anything going forward I would like them to withdraw.

Darsity Donaby
01-16-27

12:11 LTE

June 28, 2024
8:25 AM

Edit

**Travis Lampert**  Wednesday
To: Darsity   Cc: Mohammed

# Darsity Donaby v Swift Pork Company

Good evening, Ms. Donaby:

Hope you are well. I'm following up on our phone call this afternoon to confirm that after discussing your case, you no longer wish to retain our services because you disagree with my assessment of your case, and you instructed me to cease settlement discussions with the Defendant. As we discussed, your case is currently pending in federal court, thus, time is of the essence if you wish to retain another attorney. Additionally, if you do not want to retain our services, we must notify the court that we are withdrawing from your case.

Accordingly, please confirm that you want us to withdraw from your case so we can plan accordingly.

Thank you,

Travis P. Lampert, Esq.
Attorney
Atlas Consumer Law – a division of Sulaiman Law

4:21 . ll LTE

< All Inboxes     2 Messages

Travis Lampert
tlampert@sulaimanlaw.com     Add  ✕

**TL**  Travis Lampert        9/25/24
To: Darsity   Cc: Nathan >

# RE: Claim

Ms. Donaby,

Good morning. Thank you for your email. This is a reminder that you authorized us to resolve your claims for $25,000 and we accepted the settlement with your permission. If you now decide to not accept, the defendant will very likely file a motion to enforce the agreement, and we will have to withdraw our representation as counsel. Please advise as soon as possible what you want to do. Time is off the essence.

Thank you,

Travis P. Lampert, Esq.
Attorney
Atlas Consumer Law – a division of Sulaiman Law Group, Ltd.
2500 Highland Avenue

communication and no attorney-client relationship is formed.

CIRCULAR 230 DISCLAIMER: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax related matter(s) addressed therein.

-----Original Message-----
From: Darsity Donaby <donabydarsity@yahoo.com>
Sent: Wednesday, September 25, 2024 11:21 AM
To: Travis Lampert <tlampert@sulaimanlaw.com>
Subject: Claim

They can file a motion and I am fine with you guys withdrawing Sent from my iPhone

8:07

2 Messages

To: Travis, Darsity

## RE: Darsity Donaby v Swift Pork Company

Ms. Donaby,

Good morning, we hope this email finds you well. My name is Nate Volheim. I am the Director of the Employment Law Division here at Sulaiman Law Group, Ltd. I am working with Travis on your matter. I would appreciate the opportunity to briefly speak with you so I can better understand your concerns. Please let me know if there is a convenient time for you to discuss. Look forward to speaking with you. Thank you.

**Nathan C. Volheim, Esq.**
Director of Team Eagle and Team Phoenix
Atlas Consumer Law - Division of Sulaiman Law Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone (630) 568-3056
Fax (630) 575 - 8188
Website: http://www.atlasconsumerlaw.com/
Email: nvolheim@sulaimanlaw.com

*Licensed to practice in the State of Illinois and the United States District Courts in Colorado, Illinois, Indiana, Michigan, Missouri (Eastern Division), New Mexico, Ohio (Northern Division), Texas and Wisconsin.*

-----Original Message-----
From: Nathan Volheim
Sent: Thursday, September 26, 2024 10:01 AM
To: Travis Lampert <tlampert@sulaimanlaw.com>; Darsity Donaby <donabydarsity@yahoo.com>
Subject: RE: Claim

Ms. Donaby,

Good morning. I just tried giving you a call to discuss this situation but could not get through. I would appreciate the opportunity to speak with you. While the decision is ultimately yours, it is my strong opinion you should consider a different choice. Please let me know when you are available to speak.


Nathan C. Volheim, Esq.
Director of Team Eagle and Team Phoenix
Atlas Consumer Law - Division of Sulaiman Law Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone (630) 568-3056

10:18  LTE

< All Inboxes      2 Messages
                    Claim

&lt;tlampert@sulaimanlaw.com&gt;
Sent: Thursday, September 26, 2024 9:48 AM
To: Darsity Donaby &lt;donabydarsity@yahoo.com&gt;
Cc: Nathan Volheim &lt;nvolheim@sulaimanlaw.com&gt;
Subject: RE: Claim

Good morning, Ms. Donaby:

Your email below is noted. We will file a motion to withdraw. The Court will schedule a hearing on the motion. We will make sure that you get all of the hearing information so that you are able to attend. Please note, we will be asserting a lien for our fees and costs incurred working on your case.

Please let me know if you have any questions.

Best regards,

Travis P. Lampert, Esq.
Attorney
Atlas Consumer Law – a division of Sulaiman Law Group, Ltd.

  

-----Original Message-----
From: Nathan Volheim
Sent: Thursday, October 3, 2024 11:13 AM
To: Travis Lampert <tlampert@sulaimanlaw.com>; Darsity Donaby <donabydarsity@yahoo.com>
Subject: RE: Claim

Ms. Donaby,

Thank you for the call today and our discussion. As we talked about, we think the current settlement offer is by far in your best interest to take. However, if you choose not to do so, please provide us with the contact information of any new counsel and/or your path forward. We discussed you will advise us by early next week. We look forward to concluding the matter for you.

Nate

Nathan C. Volheim, Esq.
Director of Team Eagle and Team Phoenix
Atlas Consumer Law - Division of Sulaiman Law Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148

< All Inboxes  **2 Messages**



**Nathan Volheim** 10/22/24
To: Travis, Darsity >

## RE: Claim

Ms. Donaby,

Good morning, again. Thank you for taking my call and our discussion. Per the same, we are instructed to seek an extra $5,000 from the Defendant in order to settle. I am telling you with a very high confidence that they will not agree to do so. However, we will confirm. Once confirmed, please confirm that you understand we will file a Motion to Withdraw as your counsel. We will get you a copy of that Motion, as well as the date/time/location. You will then need to come to Court and explain your path forward to the Judge.

Please confirm your understanding of this email.

Nate

Nathan C. Volheim, Esq.
Director of Team Eagle and Team Phoenix

